BECKIE GOLDBERG, Appellant, v. ANNIE SACHER, Respondent.— Motion for leave to appeal as a poor person denied. Relief of this character can be had only where the action has been begun *in forma pauperis*. It does not clearly appear whether or not the action was first begun in the ordinary manner and then application made to continue it *in forma pauperis*. If the latter be the situation then the practice was improper. (Civ. Prac. Act, § 196.) Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

THORLIEF HAGEN, Respondent, v. AMERICAN MACHINE AND FOUNDRY COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

JESSICA L. HAWTHORNE and FREDERICK R. CRANE, as Agents of the Court to Execute the Unexecuted Trust Created by Indenture Bearing Date December 22, 1921, between GRACE H. SMITH and ORMOND G. SMITH, Appellants, v. GEORGE C. SMITH, JR., and JOHN S. ROGERS, as Executors under the Last Will and Testament of ORMOND G. SMITH, Deceased, and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

LEON HERMAN, Respondent, v. TILLIE GOLD and Others, Appellants, and Others, Defendants.— Motion to dispense with the printing of the exhibits in the record on appeal granted. The defendants shall print in the record abstracts of the exhibits and produce on the appeal the originals or stipulated or certified copies thereof. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

In the Matter of the Application of BROOKLYN TRUST COMPANY, as Assignee of SHEEPSHEAD BAY INVESTING CORPORATION, for the Payment of the Balance of an Award Made for Lot 45, Block 7470, on the Tax Map of the County of Kings, in the Matter of Grading of Bedford Avenue, etc., in the Borough of Brooklyn, City of New York. BROOKLYN TRUST COMPANY, Appellant; CITY OF NEW YORK, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, by PAUL WINDELS, Corporation Counsel, Petitioner, for a Prohibition Order against Hon. LEANDER B. FABER, a Justice of the Supreme Court of the State of New York, Respondent. — Motion for an order of prohibition denied, without costs, as a matter of law and not in the exercise of discretion. Present — Lazansky, P. J., Young, Carswell, Johnston and Taylor, JJ.

In the Matter of Acquiring Title by THE CITY OF NEW YORK to Certain Lands and Premises Situated in Nineteenth Street, etc., in the Borough of Queens, City of New York, Duly Selected as a Site for the Triborough Bridge, etc. TRI-BORO GARDENS, INC., Appellant; THE CITY OF NEW YORK, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of RAYMOND J. RILEY, an Attorney and Counselor at Law.— Motion to amend the petition granted. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.